IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN GARTMAN,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 07-0210-WS-M** |
| **FREDDIE BUTLER,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as time-barred.

**DONE** this 1st day of June, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE