IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN GARTMAN,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 07-0210-WS-M** |
| **FREDDIE BUTLER,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondent Freddie Butler and against Petitioner John Gartman.

**DONE** this 1st day of June, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE